**Stanley Lorenzo WILLIAMS, Plaintiff—Appellant,**

v.

**Ron STARLING; Marc Sharp; Fred Gregory, Defendants—Appellees.**

**No. 07–6343.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2007.

Decided: June 28, 2007.

Stanley Lorenzo Williams, Appellant Pro Se. David J. Adinolfi, II, Assistant Attorney General, Michael David Youth, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Lorenzo Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying Williams, Fed.R.Civ.P. 65 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Starling*, No. 1:02–cv–00014 (M.D.N.C. Sept. 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*